IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1929-ZLW-PAC

ROBERT H. ANDREWS,

    Plaintiff,

v.

AIU INSURANCE COMPANY, a subsidiary of American International Group, Inc., a New York corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: April   13  , 2006


    It is hereby ORDERED that the Unopposed Motion To Vacate And Reset The June 28, 2006 Hearing Regarding Defendant's Motion For Summary Judgment Based On Statute Of Limitations [Document No. 24, Filed April 13, 2006] is GRANTED.  The hearing set for June 28, 2006 at 2:00 p.m. is VACATED and RESET on July 26, 2006 at 2:00 p.m. in Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, CO 80294.  It is

    FURTHER ORDERED that the parties shall review and follow the Standards for Civil Motions posted under "Judicial Officers' Procedures" for Senior Judge Weinshienk on the Court's website at www.co.uscourts.gov.