IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01929-ZLW-PAC

ROBERT H. ANDREWS,

    Plaintiff(s),

v.

AIU INSURANCE COMPANY, a subsidiary of American International Group, Inc., a New York corporation,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Amend Scheduling Order Regarding Discovery Deadlines dated May 19, 2006 (doc. 33) is granted. The parties shall be allowed an extension until July 20th and 21st to complete the depositions of Nicole Bianchi and Sarah Lebedeff and a corresponding extension of the discovery deadline until **August 30, 2006** within which to complete written discovery flowing from those depositions, any depositions of witnesses identified during those depositions, the depositions of experts in this case, and all discovery in connection with this case.

May 24, 2006