IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1929-ZLW-PAC

ROBERT H. ANDREWS,

      Plaintiff,

v.

AIU INSURANCE COMPANY, a subsidiary of American International Group, Inc., a New York corporation,

      Defendant.
_____

### ORDER
_____

      On November 17, 2006, counsel for Plaintiff advised the Court that this case had settled.  It is, therefore,

      ORDERED that the hearing set on Thursday, November 30, 2006 at 2:00 p.m. and the trial set on Monday, October 22, 2007, at 10:30 a.m. are hereby vacated.  It is

      FURTHER ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

      FURTHER ORDERED that settlement papers shall be filed on or before December 8, 2006.  If by that date settlement papers have not been received by the Court, on December 15, 2006, the case will be dismissed without prejudice.

      DATED at Denver, Colorado, this  17   day of November, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court