IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1929-ZLW-PAC

ROBERT H. ANDREWS,

    Plaintiff,

v.

AIU INSURANCE COMPANY, a subsidiary of American International Group, Inc., a New York corporation,

    Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: November __20__, 2006

    In view of this Court's Order entered November 17, 2006 (Doc. No. 58), it is ORDERED that Defendant's Unopposed Motion To Vacate Hearing On Second Motion For Partial Summary Judgment is moot.