## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01929-ZLW-PAC

ROBERT H. ANDREWS,

    Plaintiff,

vs.

AIU INSURANCE COMPANY, a subsidiary of American International Group, Inc., a New York corporation,

    Defendant.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court, the Court having reviewed the Stipulation for Dismissal with Prejudice, having considered said Stipulation, and being fully advised in the premises, the Court hereby

**ORDERS** that the Stipulation for Dismissal with Prejudice is hereby GRANTED and the within civil action is dismissed with prejudice.

**DATED** this   12   day of   December  , 2006.

BY THE COURT:

_Zita L. Weinshienk_
United States District Court Judge

1